Jason M. Rund
Email: trustee@srlawyers.com
840 Apollo Street, Suite 351
El Segundo, CA 90245
Telephone: (310) 640-1200
Facsimile: (310) 640-0200

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:15-21909-BR |
| EDMOND TARVERDYAN, | Chapter 7 |
| Debtor. | **NOTIFICATION OF ASSET CASE** |
| | {No Hearing Required} |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Jason M. Rund, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice be given to creditors to file claims.

Dated: December 11, 2015

                                       /s/ Jason M. Rund
                                       JASON M. RUND
                                       Chapter 7 Trustee