ROBERT A. HESSLING (State Bar No. 096466)
*rhessling@gmail.com*
MATTHEW F. KENNEDY (State Bar No. 199485)
*matthewfkenn@gmail.com*
ROBERT A. HESSLING, APC
3853 Meadow Park Lane
Torrance, California 90505
Telephone: (310) 375-0255
Facsimile: (310) 373-5152

General Counsel for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No. 2:15-bk-21909-BR |
| EDMOND TARVERDYAN, | ) Chapter 7 |
| Debtor. | ) **STIPULATION EXTENDING TIME FOR TRUSTEE AND/OR UNITED STATES TRUSTEE TO FILE § 727 COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE AND/OR § 707(b) MOTION** |
| | ) [No Hearing Required] |

Jason M. Rund, the Chapter 7 Trustee ("Trustee") of the estate of Edmond Tarverdyan ("Debtor"), the Debtor, and the United States Trustee ("UST"), by and through their respective undersigned counsel, stipulate as follows:

A. On July 29, 2015, the Debtor filed a voluntary Chapter 7 petition.

B. The original meeting of creditors under 11 U.S.C. §341(a) was conducted on September 2, 2015, and was thereafter continued from time to time. The original deadline for filing a complaint to deny the Debtor's discharge under 11 U.S.C. § 727 or a motion to dismiss under 11 U.S.C. § 707(b) was November 2, 2015.

C. Pursuant to an Order Approving Stipulation to Extend Bar Date for the UST and the Chapter 7 Trustee for Filing §727 Complaint Objecting to Discharge and/or §707(b) Motion to Dismiss Case (Docket, No. 13, entered September 23, 2015), the deadline for the Trustee and the

1

1  UST to file a complaint under section 727 or a motion under section 707(b) was extended to
2  February 2, 2016.
3       D.   Pursuant to an Order Extending Time for Trustee and/or United States Trustee to
4  file §727 Complaint Objecting to Debtor's Discharge and/or §707(b) Motion (Docket, No. 96,
5  entered July 12, 2016), the deadline for the Trustee and the UST to file a complaint under section
6  727 or a motion under section 707(b) was extended again to November 16, 2016.
7       F.   The Trustee and the Debtor have engaged in extensive settlement negotiations and
8  need additional time to complete the negotiations. In the event a settlement is reached, the Trustee
9  and the Debtor will need additional time to reach a mutually acceptable written agreement, obtain
10 Court approval of the settlement, and consummate the settlement. In the event a settlement is not
11 reached between the Debtor and the Trustee, additional time is needed by the Trustee, the Debtor
12 and the UST time to exchange documents, analyze information and conduct further investigation,
13 including but not limited to a possible examinations under Federal Rules of Bankruptcy Procedure
14 2004 and related document production.
15      I.   The Debtor does not object to the above-described extension of time.
16      The parties agree as follows:
17      1.   The above recitals of fact are incorporated herein by this reference.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

2. The deadline for the Trustee and/or the UST to file either a motion to dismiss under section 707(b) or a complaint objecting to the Debtor's discharge under section 727 is extended from November 16, 2016 to and including January 31, 2017.

Dated: November 12, 2016        ROBERT A. HESSLING, APC

By: *[signature]*
ROBERT A. HESSLING
General Counsel for Jason M. Rund,
Chapter 7 Trustee

Dated: November 8, 2016        GOURJIAN LAW GROUP, P.C.

By: *[signature]*
VARAND GOURJIAN
Attorneys for Edmond Tarverdyan,
Debtor

Dated: November ___, 2016        UNITED STATES TRUSTEE

By: DARE LAW
Attorney for United States Trustee

3

2.    The deadline for the Trustee and/or the UST to file either a motion to dismiss under section 707(b) or a complaint objecting to the Debtor's discharge under section 727 is extended from November 16, 2016 to and including January 31, 2017.

Dated: November ___, 2016    ROBERT A. HESSLING, APC

By: ROBERT A. HESSLING
General Counsel for Jason M. Rund,
Chapter 7 Trustee

Dated: November ___, 2016    GOURJIAN LAW GROUP, P.C.

By: VORAND GOURJIAN
Attorneys for Edmond Tarverdyan,
Debtor

Dated: November 10, 2016    UNITED STATES TRUSTEE

By: DARE LAW
Attorney for United States Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3853 Meadow Park Lane, Torrance, CA 90505.

A true and correct copy of the foregoing document entitled (specify): **STIPULATION EXTENDING TIME FOR TRUSTEE AND/OR UNITED STATES TRUSTEE TO FILE § 727 COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE AND/OR § 707(b) MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 14, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Debtor's Counsel**  Varand Gourjian   vg@gourjianlaw.com, pateel@gourjianlaw.com;grant@gourjianlaw.com;maria@gourjianlaw.com
**Trustee's Counsel**  Robert A Hessling   rhessling@gmail.com
Dare Law   dare.law@usdoj.gov, ron.maroko@usdoj.gov
Yvonne Ramirez-Browning   BANKRUPTCYCLS@wellsfargo.com
**Trustee**  Jason M Rund (TR)   trustee@srlawyers.com, jrund@ecf.epiqsystems.com
Richard A Solomon   richard@sgsslaw.com
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On November 14, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor
Edmond Tarverdyan
9352 Via Monique
Burbank, CA 91504

Presiding Judge's Copy
Honorable Barry Russell
United States Bankruptcy Court
255 E. Temple St., Suite 1660
Los Angeles, CA 90012-3332

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 14, 2016 | Robert A. Hessling | /s/ Robert A. Hessling |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      **F 9013-3.1.PROOF.SERVICE**